UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW BESSER, | ) | CASE NO.  1:22-cv-2150 |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | **JUDGMENT ENTRY** |
| DEPUTY JUSTIN ADY, *et al.*, | ) | |
| Defendants. | ) | |

For the reasons stated in the Court's contemporaneously filed Memorandum Opinion and Order, Defendants' motion for summary judgment (Doc. 29) is GRANTED.

This case is now CLOSED.

**IT IS SO ORDERED.**

Date:  March 20, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE